1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT
                                 WESTERN DISTRICT OF WASHINGTON
9                                          AT SEATTLE

10      ROBERT PICKARD, *et al.*,

11                          Plaintiffs,                    CASE NO.  C05-0674RSM

12              v.

13      SEARS, INC.,                                       ORDER STRIKING PLAINTIFF'S
                                                           THIRD AMENDED COMPLAINT
14                          Defendant.

15

16          On June 15, 2006, plaintiff moved to file a Third Amended Complaint adding the Taiwanese

17      manufacturer of the saw at issue in this case, TOTY d/b/a Chang Type Industrial Corp., Ltd.  (Dkt.

18      #21).  The Court granted the motion, and directed plaintiff to file the Third Amended Complaint no

19      later than three days from the date of that Order.  (Dkt. #22).  Plaintiff failed to file the amended

20      complaint.

21          On September 20, 2006, plaintiff again moved to file a Third Amended Complaint adding the

22      Taiwanese manufacturer of the saw at issue in this case, TOTY d/b/a Chang Type Industrial Corp.,

23      Ltd. (Dkt. #29).  The Court struck that motion from the record as moot, noting that it was identical

24      to the motion previously filed and granted.  (Dkt. #30).

25          On December 21, 2006, plaintiff filed a Third Amended Complaint.  (Dkt. #41).  However,

26      unlike the proposed Third Amended Complaint reviewed and previously accepted by this Court,

        ORDER
        PAGE - 1

1   plaintiff's current Third Amended Complaint not only adds defendant TOTY d/b/a Chang Type

2   Industries Corp., Ltd., it also purports to add Ryobi Technologies as a defendant to this action.

3   Prior to filing that Third Amended Complaint, plaintiff had never requested leave to add Ryobi as a

4   defendant.[1]

5           Accordingly, the Court hereby ORDERS:

6           (1)  The Court *sua sponte* STRIKES plaintiff's Third Amended Complaint (Dkt. #41) from

7   the record.  Once an Answer or other responsive pleading has been filed by the defendant, Federal

8   Rule of Civil Procedure 15(a) requires leave by the Court or acquiescence by the other parties prior

9   to the filing of an Amended Complaint.  With respect to Ryobi Technologies, no such permission has

10  been granted by this Court or by any defendant.  Accordingly, plaintiff's Third Amended Complaint

11  was improperly filed, and will not be considered by this Court.  Plaintiff's pending motion to amend

12  remains on this Court's calendar for consideration on February 16, 2007.

13          (2)  The Clerk shall forward a copy of this Order to all counsel of record.

14          DATED this _6_ day of February, 2007.

15

16                                          RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24
_____

25      [1] More than one month later, on January 29, 2007, plaintiff moved to amend his complaint to add
    Ryobi Technologies as a defendant.  That motion is currently noted for consideration on February 16,

26  2007, and has not yet been reviewed by the Court.

    ORDER
    PAGE - 2